EK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAY 09 2019 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Anthony Roland

        Plaintiff,

        Case No.

Vs.

~~Congress~~; AR
FCC (Federal Communications Commission)
Chairman Ajit Pai;
United States of America;
U.S Attorney General
William Barr;
United States Attorney
John R. Lausch Jr.

**1:19-cv-03128**
**Judge John Robert Blakey**
**Magistrate Judge Mary M. Rowland**

        Defendants.

## COMPLAINT

Plaintiff Anthony Roland, (sometimes referred to as "Pro Se"), brings this lawsuit complaining of the Defendants FCC, United States of America, U.S Attorney General William Barr, and United States Attorney John R. Lausch Jr. would respectfully explain the follows:

## PARTIES

1. Plaintiff Anthony Roland was recently release from his Job as a Dock worker for the Salvation Army.

2. Plaintiff Anthony Roland is a Citizen of Chicago, Illinois.

3. Defendants, Congress Headquarters United State Capital first St SE, Washington, DC 20004 Contact info. 202-226-8000.

4. Defendant, FCC (Federal Communications Commission) Chairman Ajit Pai Headquarters 445 12th Street, SW Washington, DC 20554 Contact info. 888-225-5322.

1

5. Defendant, U.S. Attorney General William Barr location U.S. Department of Justice 950 Pennsylvania Ave. NW Washington, DC 20530-0001 Contact info. 202-353-1555.

6. U.S. Attorney John Lausch location Dirksen Federal Bldg. 219 South Dearborn Street, 5th Chicago, IL. 60604 Contact info. 312-353-5300.

## JURISDICTION

7. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United State under 42 U.S.C. §§ 1983, 1985, and 1986.

8. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

9. This court has jurisdiction over the lawsuit because it involves the United States as a Defendants.

10. This court has jurisdiction over the lawsuit because it involve citizens of different states and the dispute is for $75,000 or more.

## GENERAL ALLEGATIONS

11. At all relevant times herein, Defendant, FCC Chairman Ajit Pai have a responsibility to regulate interstate and international communications by radio, television, wire, satellite, and cable in all 50 states, the District of Columbia and U.S. Territories. An independent U.S. Government agency overseen by Defendant Congress, the commission is the federal agency responsible for implementing and enforcing America's communications law and regulations. Under 47 U.S.C § 151 and 47 U.S.C § 154.

12. The FCC Mass Media Bureau build – out deadlines and authorization of service for affiliates of ABC, CBS, NBC AND FOX all broadcasting channels are Negligent of Invading Plaintiff Anthony Roland Fourth Amendment and Fourteenth Amendment, which in additionally put Plaintiff in harmful risk, by the television audience.

2

13. At all relevant time herein, Defendants United State of America, U.S. Attorney General William Barr and U.S. Attorney John R. Lausch are all Officers of the legal Justice Department that have a responsibility to enforce the law in the United State and to set a standard for the American Constitution, also the people's lawyer for all citizens, to act as a public advocate among other things as well as represent the Federal laws.

14. On or about July 12, 2013, Plaintiff Anthony Roland notice he was and is being watch through the defendants network stations ABC, CBS, NBC and FOX. When the commentators started to point and talk about items or activities the Plaintiff was doing at the time while watching the television stations, Plaintiff overlooked the gestures for a coincidental until repetitiously pointing out incident that the plaintiff was doing. Exhibit 1 Plaintiff recorded it on his cell phone with specific feedback through hand signaling.

15. On or about September 18, 2013, Plaintiff Anthony Roland wrote a six-page letter to the Attorney General office Lisa Madigan stating that his fourth amendment right was / is being violated through the network stations and towards the beginning of 2019 Plaintiff wrote letters asking for a Cease and Desist from further Intrusions.

16. On or about November 14, 2013 Plaintiff started noticing that he was / is being watched more habitually then before so much so that he has to be escorted by the CPD daily.

17. The unwarranted and unjustified Invasion of Privacy by the Defendants, Congress, FCC and broadcasting Network. I find to be frightening because it's being aired across the states also causing great emotional distress and embarrassment.

## Count I
### (Invasion of Privacy – Intrusion of Seclusion as against Congress and FCC Mass Media Bureau, Under Title III of Communication Act)

18. Plaintiff reallege as through fully set forth at length, and include herein by reference, all of the allegation and statement contained in paragraph 11 through 17 of the General Allegation, above and including.

19. Defendants Congress and FCC Chairman Ajit Pai both are involve in the creation of rules and policies that govern the use of Broadcasting Communications Technologies. That serves as a communication device to delivery Information, Entertainment and Emergency Situations to the viewers and a person like Plaintiff Anthony Roland.

20. The Defendants Broadcasting network Stations all play apart in Plaintiff surreptitious Invasion of Privacy-Intrusion of Seclusion by the transparency of the media stations ABC, CBS, NBC and FOX which is unwarranted and unjustified. The result has stagnated the Plaintiff on his Fourth Amendment and Fourteenth Amendment, in violation of 42 U.S.C § 1983.

21. **EXHIBIT A** Plaintiff Anthony Roland used his cell phone to capture evidence that in fact Plaintiff is being observed through the transparency of the television. On Tuesday Dec 18,2018 Plaintiff use his camera phone while watching Fox 32 news at 9:00pm as soon as Plaintiff waved his hand news reporter Elizabeth Matthews wave her hair giving a response to Plaintiff hand wave.

22. **EXHIBIT B** Plaintiff Anthony Roland use his cell phone to capture evidence that in fact Plaintiff is being watched through the transparency of the television. On Wednesday Dec. 19, 2018 Plaintiff use his camera phone while watching wttw 11at 11:41pm Amanpour & Company show. Plaintiff this time put his thumb up to the television then the guest host Van Jones lift his thumb several times later in response to Plaintiff thumb signal as well as his partner.

23. **EXHIBIT C** Plaintiff Anthony Roland use his cell phone to capture evidence that in fact Plaintiff is being observed through the transparency of the television. On Friday Dec. 21, 2018 Plaintiff use his camera phone while watching NBC 5 the Today Show at 8:07am this time Plaintiff decide to place two fingers in front of the television and news reporter Hoda Kotb cross her arms and with her right hand put up the same two fingers.

24. **EXHIBIT D** Plaintiff Anthony Roland use his cell phone to capture evidence that in fact Plaintiff is being observed through the transparency of the television. On Friday Dec. 21, 2018 Plaintiff use his camera phone while watching CBS This Morning at 7:18am Plaintiff put two fingers to the television and Major Elliott Garrett the Chief white house correspondent spoke about a symbolic fight. Then later that same channel at 8:49am while putting two finger up Galye King Spoke about a two legged dog while the co-host John Dickerson said ruff and laughed.

25. The Defendants surreptitious of Plaintiff Invasion of Privacy – Intrusion of Seclusion is offensive and dangerous to the Plaintiff livelihood.

26. As set forth above, the Intrusion of Congress and The FCC have not diminish causing my rights of privacy to be violated.

27. As a direct and proximate result of the Intrusion of Seclusion – Invasion of Privacy by the Defendants, Plaintiff Anthony Roland has suffered and continues to suffer from, including but not limited to, severe and permanent emotional distress, embarrassment and past loss of earning capacity from previous unemployment.

# EXHIBIT A

 **Anthony Roland** shared a video with you



## EXHIBIT B

 **Anthony Roland** shared a video with you



View video

# EXHIBIT C

 **Anthony Roland** shared a video with you



**EXHIBIT D**



Wherefore, Plaintiff Anthony Roland prays for Judgment in his favor against Defendants, United States of America in excess of $300,000 (Three Hundred Thousand Dollars), plus award treble damage for lost of wages due to compel to unemployment also interest, Injunction to prevent further Intrusions and such other relief as this court deems Just.

10

## Count II
### (Negligence as Against The U.S. Attorney John Lausch and U.S. Attorney General William Barr)

28. Plaintiff realleges as through fully set forth at length and incorporates herein by reference, all the allegations and statements contained in paragraphs 11 through 17 of the General Allegation, paragraphs18 through 27 of count I, above and including.

29. Defendants John Lausch in his Official Capacity as U.S. Attorney with the duty and responsibility to protect and uphold the American Constitution for the protection of the citizen of Illinois which include rights to privacy like a person like Plaintiff Anthony Roland.

30. Defendant United State Attorney John R. Lausch was and is Negligent in surreptitious of the Invasion of Privacy of the Plaintiff Anthony Roland. Also, fully understanding and knowing the dangerous of Plaintiff situations which Plaintiff will be willingly to prove through a Request of Admission.

31. **EXHIBIT E** is a Certified Mail Receipts indicating Plaintiff Anthony Roland wrote letters asking for a Cease and Desist from further Intrusions to DOJ, FCC and Congress.

32. The Defendants Negligence surreptitious of Plaintiff Invasion of Privacy is offensive and dangerous to the plaintiff livelihood.

33. As set forth above, the Negligence by the Defendants capacity to serve as an U.S. Attorney and as an Acting U.S. Attorney General did nothing to assist in Plaintiff Constitutional fourth Amendment right from being violated.

34. As a direct and proximate result of the Negligence of the Defendants, Plaintiff Anthony Roland has suffered and continues to suffer from, including but not limited to, severe and permanent

11

emotional distress, embarrassment and past loss of earning from previous unemployment.

EXHIBIT E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Justice
   Office of the Inspector General
   1425 New York Avenue, NW
   Suite 7100
   Washington, DC 20530

   9590 9402 4453 8248 0150 95

2. Article Number (Transfer from service label)

   7018 2290 0000 2384 4523

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  JAN 30 2019

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted

---

USPS TRACKING #

9590 9402 4453 8248 0150 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box®

  Anthony Roland
  7640 S. Michigan
  Chicago IL. 60619

13

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ajit Pai, Chairman
Federal Communications Comm.
445 12th Street, SW
Washington, DC 20554

9590 9402 4453 8248 0151 25

2. Article Number (Transfer from service label)

7018 2290 0000 2384 4561

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

Received & Inspected

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 04 2019

FCC Mailroom

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Mail Restricted Delivery
    00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

House Speaker Nancy Pelosi
90 7th Street
Suite 2-800
San Francisco, CA 94103

9590 9402 4453 8248 0151 01

2. Article Number (Transfer from service label)

7018 2290 0000 2384 4516

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
Tina Rubin | 2/4/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Mail Restricted Delivery
    00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

14





Wherefore, Plaintiff Anthony Roland prays for Judgment in his favor against Defendants United States of America in excess of $300,000 (Three Hundred Thousand Dollars), plus award treble damages for lost of wages due to compel to unemployment also interest, Injunction to prevent further Intrusion and such other relief this court deems Just.

15

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Anthony Roland,

        Plaintiff

Vs.

~~Congress;~~ (AD)
FCC (Federal Communications Commission)
Chairman Ajit Pai;
United States of America;
~~Acting~~ U.S. Attorney General
~~Matthew G. Whitaker;~~ William Barr
U.S. Attorney
John R. Lausch, Jr.

        Defendants

I, Anthony Roland, upon oath, depose and state the follow:

That I am the "Pro Se" in the above entitled cause of action.

        By: *[signature]*

Anthony Roland
7640 S. Michigan
Chicago, IL. 60619
312-632-4418
anthonyroland385@gmail.com

16